UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| Tyler Baker, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>Native Hemp Co.,<br><br>                Defendant. | Case No. 2:20-cv-00115<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Tyler Baker hereby moves this Court to dismiss the above entitled action without prejudice as to the named Plaintiff and without prejudice as to the putative class.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action in its entirety without prejudice.

Date: September 1, 2020

**PETTERSEN LAW PLLC**

By: /s/ William Pettersen, Esq.
William Pettersen, Esq.
**PETTERSEN LAW PLLC**
1084 East Lakeshore Dr.
Colchester, VT 05446
Tel: (802) 477-2780
Email: pettersenlaw@gmail.com

*Attorneys for Plaintiff*